### J. H. LAFLAIN v. THE STATE.

The 2d Section of Chapter 84 of the acts of 1870, authorizing district judges to remove justices of the peace for certain causes, is repugnant to Section 24 of Article 5 of the Constitution.

APPEAL from Limestone, from an order of the Hon J. W. Oliver.

No occasion for a statement of the facts.

*L. J. Farrer*, for the appellant.

*William Alexander, Attorney-General*, for the State, declining to vindicate the constitutionality of the act of the Legislature, submitted this cause to the court.

WALKER, J. The 2d Section of the act of August 15th, 1870, which assumes to authorize the removal of a justice of the peace from his office by order of a district judge, is not in harmony with the 24th Section of the 5th Article of the Constitution, as heretofore decided by this court.

The judgment of the District Court must be reversed, and the cause dismissed.

                         Reversed and dismissed.